RECEIVED
BY: [signature]
JUL 0 5 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| WENDY RENEE BENNETT-NELSON and JOY MARIE BOYKIN, Plaintiffs | CIVIL ACTION NUMBER 01-2166 S |
| VERSUS | JUDGE WALTER |
| LOUISIANA BOARD OF REGENTS a/k/a University of Louisiana Systems, Defendant | MAGISTRATE JUDGE HORNSBY |

## ORDER

UPON CONSIDERING THE FOREGOING,

IT IS ORDERED THAT DONALD E. WALTER, UNITED STATES DISTRICT COURT JUDGE, HEREBY RECUSES HIMSELF FROM CONDUCTING ANY FURTHER JUDICIAL ACTS IN THIS CASE.

IT IS FURTHER ORDERED THAT THIS CASE IS TAKEN OFF THE TRIAL DOCKET TO BE RESET UNTIL FURTHER ORDERS OF THE COURT.

IT IS FURTHER ORDERED THAT THE CLERK OF COURT TAKE APPROPRIATE AND IMMEDIATE ACTION TO ASSIGN THIS CASE TO A UNITED STATES DISTRICT COURT JUDGE OF THIS COURT.

Shreveport, Louisiana, this the 5 Day of July, 2006.

[signature: Donald E. Walter]
U.S. DISTRICT COURT JUDGE