**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| WENDY RENEE BENNETT-NELSON AND JOY MARIE BOYKIN | CIVIL ACTION NO. 01-2166 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LOUISIANA BOARD OF REGENTS, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is Plaintiff's Motion in Limine. [Doc. No. 82]. Plaintiff's motion seeks to exclude evidence of a contract between Louisiana Tech and Visual Communications (D-100), invoices for payment of services (D-105, D-115); invoices for student services (D-104); the budget for disabled student services for years 1999 - 2002 (D-107); a narrative written by Susan Corley (D-108); a memorandum from Mr. Fowler to Ms. Corley (D-109); and a statement by instructor Cynthia Daily (D-110). Defendants oppose the motion. [Doc. No. 91]. For the reasons which follow, Plaintiffs' motion is **DENIED**.

**Contract with Visual Communications and Related Invoices.**

Plaintiffs seeks to exclude evidence of the contract to provide interpreters and the related invoices on the grounds of relevancy. Specifically, Plaintiffs argue that the Defendants duty to accommodate the Plaintiffs could not be delegated to a third party. Regardless, the contract and invoices show the actions taken by the Defendant to accommodate the Plaintiffs. Since this evidence is relevant to the central issue at trial, Plaintiffs' motion is denied.

**Budget and Memoranda.**

Plaintiff also seeks to exclude the budget for disabled services and certain memoranda. While an adequate foundation must be established before these exhibits can be properly admitted, the Court is unwilling to exclude these exhibits in a motion in limine. While Plaintiff's motion to exclude these documents is denied at this time, the Court will entertain any objections timely made at trial should the Defendants fail to lay an adequate foundation for their admissibility.

Therefore:

**IT IS ORDERED** that Plaintiffs' Motion in Limine [Doc. No. 82] is hereby **DENIED.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana this 8th day of August, 2006.

```
                              _____
                                  S. MAURICE HICKS, JR.
                              UNITED STATES DISTRICT JUDGE
```