UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| WENDY RENEE BENNETT-NELSON AND JOY MARIE BOYKIN | CIVIL ACTION NO. 01-2166 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LOUISIANA BOARD OF REGENTS, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER OF DISMISSAL

The Court has been advised by counsel that the above action has been settled.

**IT IS ORDERED** that this action is hereby **DISMISSED,** without prejudice to the right, upon good cause shown within ninety (90) days of the signing of this Order, to reopen the action if settlement is not consummated. **The Clerk is now requested to close this case.**

**IT IS FURTHER ORDERED** that the parties submit to the Court, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all applicable parties. Any motion that may be pending in this case is hereby denied as moot.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 8th of September, 2006.